Julie WILSON–AL–MOWALLAD,
Petitioner,

v.

DEPARTMENT OF VETERANS
AFFAIRS, Respondent.

No. 04–3240.

United States Court of Appeals,
Federal Circuit.

June 1, 2004.

Kenneth D. Woodrow, Principal Attorney, Brian M. Simkin, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

Julie Wilson–Al–Mowallad, of Counsel, Eagan, MN, pro se.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Celerina M. PENA, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 04–3104.

United States Court of Appeals,
Federal Circuit.

June 1, 2004.

Celerina M. Pena, of Counsel, Zambales, Philippines, for Petitioner.

Jo Ann M. Chabot, of Counsel, Office of Personnel Management, Washington, DC, Richard P. Schroeder, Principal Attorney, Jeanne E. Davidson, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.